IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

ANTHONY CADE,

          Plaintiff,

   v.

ONTARIO SCHOOL DISTRICT NO. 8C,

          Defendant.

Civ. No. 2:20-cv-02172-SU

**JUDGMENT**

HERNANDEZ, District Judge.

    For the reasons set forth in the accompanying Order, this case is DISMISSED without prejudice.

    It is so ORDERED and DATED this   19   day of August 2021.

                                                        MARCO HERNANDEZ
                                                        United States District Judge